836

The Village of Bedford Park, Plaintiff-Appellee, v. Joseph G. Leisure, Defendant-Appellant.

(No. 56382;

First District—July 17, 1972.

Opinion by Mr. JUSTICE BURKE.

Thomas E. Joyce and Burton Sherre, both of Chicago, for appellant.

Moore, Coleman & Stone, of Midlothian, (Ollie E. Stone, of counsel,) for appellee.

The People of the State of Illinois, Plaintiff-Appellee, v. Bernard Barry, Defendant-Appellant.

(No. 55598;

First District—July 18, 1972.